## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Patrick Bader

                    Plaintiff,

v.                                                   Case No.: 1:22–cv–05628
                                                     Honorable Mary M. Rowland

Camelback Manager LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 6, 2023:

        MINUTE entry before the Honorable Mary M. Rowland: Defendants' Motion to Dismiss [31] is granted in part and denied in part. Counts IV, V, and VIII are dismissed. Enter Order. In person status hearing set for 12/20/23 at 9:00 AM. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.